■ ANGELO FIDELIO et al., Appellants, v RAPID CONSTRUCTION CORP. et al., Defendants and Third-Party Plaintiffs-Respondents. CROWN PLASTERING CORP., Third-Party Defendant-Respondent.—Appeal by the plaintiffs from so much of an order of the Supreme Court, Westchester County (Buell, J.), entered August 2, 1988, as denied their motion for summary judgment.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Buell at the Supreme Court. Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.